# Greenwood County District Court Search - Case Display

## Case Number: 20

| | |
|---|---|
| Case Year: 2019 | **Case UID**: 2019-CV-000020 |
| Case Type: CV | Filed: 2019-07-19 |
| Case Sub-type: Buyer Plaintiff | Last Updated: 2019-07-19 at 11:53:18 |
| Advisement Date: | Remand Date: |
| Appealed: N | Appealed Date: |
| Status Code: 1 | Status Date: |
| Status Description: Pending | |

## Defendants

### Party 1

| Defendant Number: 1 |
|---|

| Last Name (or Business Name): Monsanto Company |
|---|

| First Name: | Middle: | **Suffix**: |
|---|---|---|

#### Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

### Party 2

| Defendant Number: 2 |
|---|

| Last Name (or Business Name): Bayer Cropscience Holding, INc |
|---|

| First Name: | Middle: | **Suffix**: |
|---|---|---|

#### Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

### Party 3

| Defendant Number: 3 |
|---|

**EXHIBIT**

**A**

| Last Name (or Business Name): Channel Bio LLC | | |
|---|---|---|
| First Name: | Middle: | **Suffix**: |

## Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

# Plaintiff

## Party 1

| Plaintiff Number: 1 | Amount Claimed: 0.00 |
|---|---|

| Last Name (or Business Name): Brown Ranch LLC | | |
|---|---|---|
| First Name: | Middle: | **Suffix**: |

## Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff Attorney 1

| Last Name: McIlvain | First: Karen | Middle: |
|---|---|---|
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: | | |

## Party 2

| Plaintiff Number: 2 | Amount Claimed: 0.00 |
|---|---|

| Last Name (or Business Name): Brown | | |
|---|---|---|
| First Name: Bobby | Middle: | **Suffix**: |

## Description

| Sex: M | Race: |
|---|---|
| Height: | Weight: |

## Alias

| Last Name: Brown | First: Bob | Middle: | **Suffix**: |
|---|---|---|---|

Office of Judicial Administration - Kansas District Court Records Search

## Plaintiff Attorney 1

| Last Name: McIlvain | First: Karen | Middle: |
|---|---|---|
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: | | |

# Case Judge

| Last Name: Ricke | First: David | Middle: A | **Suffix**: |
|---|---|---|---|

# Registry of Actions

### Action 1

| Action Date: 2019-07-19 | Action Type: AOR |
|---|---|
| Action Agent: No Judge Assigned | |
| Description: Plaintiff: Brown Ranch LLC, Attorney of Record Karen McIlvain | |

### Action 2

| Action Date: 2019-07-19 | Action Type: AOR |
|---|---|
| Action Agent: No Judge Assigned | |
| Description: Plaintiff: Brown, Bobby Attorney of Record Karen McIlvain | |

### Action 3

| Action Date: 2019-07-19 | Action Type: PLEPET |
|---|---|
| Action Agent: No Judge Assigned | |
| Description: Petition PLE: Petition | |

### Action 4

| Action Date: 2019-07-19 | Action Type: JUDNC |
|---|---|
| Action Agent: David A Ricke | |
| Description: Judge: Normal Caseflow | |

### Action 5

| Action Date: 2019-07-22 | Action Type: ISSD |
|---|---|
| Action Agent: | |
| Description: Summons: Issued on 07/22/2019; to Bayer Cropscience Holding, INc on 07/22/2019; Assigned | |

to Sheriff. Service fee of $0.00.

## Action 6

| Action Date: 2019-07-22 | Action Type: ISSD |
|---|---|
| Action Agent: | |
| Description: Summons: Issued on 07/22/2019; to Channel Bio LLC on 07/22/2019; Assigned to Sheriff. Service fee of $0.00. | |

## Action 7

| Action Date: 2019-07-22 | Action Type: ISSD |
|---|---|
| Action Agent: | |
| Description: Summons: Issued on 07/22/2019; to Monsanto Company on 07/22/2019; Assigned to Sheriff. Service fee of $0.00. | |

## Action 8

| Action Date: 2019-07-22 | Action Type: PLESUM |
|---|---|
| Action Agent: David A Ricke | |
| Description: Summons PLE: Summons | |

## Action 9

| Action Date: 2019-07-22 | Action Type: PLESUM |
|---|---|
| Action Agent: David A Ricke | |
| Description: Summons PLE: Summons | |

## Action 10

| Action Date: 2019-07-22 | Action Type: PLESUM |
|---|---|
| Action Agent: David A Ricke | |
| Description: Summons PLE: Summons | |

## Action 11

| Action Date: 2019-08-16 | Action Type: SUMS |
|---|---|
| Action Agent: David A Ricke | |
| Description: Summons Served/Returned (Channel Bio LLC) Document ID No. 114928 | |

## Action 12

| Action Date: 2019-08-16 | Action Type: SUMS |
|---|---|
| Action Agent: David A Ricke | |

Description: Summons Served/Returned (Monsanto Company) Document ID No. 114929

## Action 13

| Action Date: 2019-08-16 | Action Type: SUMS |
|---|---|
| Action Agent: David A Ricke | |
| Description: Summons Served/Returned (Bayer Cropscience Holding, Inc.) Document ID No. 114930 | |

## Action 14

| Action Date: 2019-08-16 | Action Type: |
|---|---|
| Action Agent: David A Ricke | |
| Description: Email Sent Date: 08/16/2019 01:14 pm To: mcilvainlaw@gmail.com File Attached: SUMMONSRETURN.pdf Name of Document: Summons Return | |

## Action 15

| Action Date: 2019-08-16 | Action Type: |
|---|---|
| Action Agent: David A Ricke | |
| Description: Email Sent Date: 08/16/2019 01:15 pm To: mcilvainlaw@gmail.com File Attached: SUMMONSRETURN.pdf Name of Document: Summons Return | |

## Action 16

| Action Date: 2019-08-16 | Action Type: |
|---|---|
| Action Agent: David A Ricke | |
| Description: Email Sent Date: 08/16/2019 01:15 pm To: mcilvainlaw@gmail.com File Attached: SUMMONSRETURN.pdf Name of Document: Summons Return | |

© 2019 **Office of Judicial Administration (http://www.kscourts.org)**

ELECTRONICALLY FILED
2019 Jul 19 AM 10:15
CLERK OF THE GREENWOOD COUNTY DISTRICT COURT
CASE NUMBER:  2019-CV-000020

McIlvain Law Office, LLC
PO Box 703
Madison, KS  66860
(620) 437-2600
(620) 437-2205 Fax
mcilvainlaw@gmail.com

## IN THE DISTRICT COURT OF GREENWOOD COUNTY, KANSAS

Bobby Brown     )
Brown Ranch, LLC    )
     Plaintiffs )
         )
vs.         )   Case No. 19 CV _____
         )
Monsanto Company    )
Bayer Cropscience Holding, Inc. )
Channel Bio, LLC    )
     Defendants )
_____ )

## PETITION
(Pursuant to Chapter 60)

  Comes now the plaintiffs, by and through their attorney Karen K. Mcilvain, and for their cause of action against the defendants, allege and state as follows:

  1. That the plaintiffs  Bobby Brown is a resident of Greenwood County, Kansas and Brown Ranch, LLC does business in Greenwood County, Kansas, at 1325 155th St., Eureka, Kansas  67045.

  2. That the defendants, Monsanto Company, Bayer Cropscience Holding, Inc., and Channel Bio, LLC., can be served through their resident agent:  Corporation Service Company at 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614.

3.  In the spring of 2018 the plaintiff purchased Channel Dicamba Soybean seed from the defendant through their agents, field man and seed dealer.

4.  216.91 acres of the Channel Dicamba soybeans the plaintiffs planted did not come up.

5.  Plaintiff Booby Brown contacted his local seed dealer, who then contacted the defendants' field man and district manager representative Robert Duffin. The field man issued 120 units of seed to replant.

6. In July of 2018 the plaintiff replanted the 120 units of Channel Dicamba soybean seed.

7. The plaintiffs incurred cost to replant the second time.

8.  Like the previous Channel Dicamba seed, the seed only sprouted sporadically and did not provide a good consistent stand.

9.  Plaintiff Bobby Brown contacted the Robert Duffin again and advised the plants did not come up once again and provide a good stand.  He did nothing but told him it would come up.

10.  Robert Kurtz, the seed dealer, advised the plaintiff, that he also purchased the Channel Dicamba soybean seed and planted approximately 20 acres of the seed and he had a horrible sporadic stand.

11.  The plaintiffs have advised the defendants that the defective seed has caused him damages.

12. Demand has been made and the defendants have failed and refused to resolve this matter.

13. The plaintiffs have had the Channel Dicamba soybean seed tested and it was found to have a germination rate of only 6 to 7 percent.

2

14. Plaintiff Bobby Brown was advised that the representative for the defendants advised the seed dealers in the area not to sell anymore of the Channel Dicamba soybean seed in this area.

15.  The defendants knew or should have known the Channel Dicamba soybean seed was defective.

16. The defendants have breeched the implied warranty.

17.  The defendants have breeched the express warranty.

18. The plaintiffs detrimentally relied on the Channel Dicamba soybean seed to produce soybeans to their detriment.

19. The plaintiffs have suffered actual damages in the additional cost related to replanting the seed a second time.

20. The plaintiffs have suffered damages in that 216.91 acres did not produce a soybean crop due to the defective seed.

21.  The plaintiffs have suffered damages to the APH due to the reduced soybean production, which affected crop insurance now and in the future as well as potential government payments.

22.  That the failed crop, due to the defective seed, has interfered with plaintiffs operation, cash flow and financial situation and caused the plaintiffs economic loss.

23.  That the plaintiffs have suffered actual and compensatory damages.

WHEREFORE, plaintiffs respectfully request that the court find that the defendants sold defective seed to grow a crop; breeched implied and expressed warranties; that the plaintiffs detrimentally relied on seed to produce a crop; that

3

the defective seed caused actual and compensatory damages to the plaintiffs in an amount in excess of $75,000.00.

By: _____
Karen K. McIlvain #12098
Attorney for Plaintiffs

4

# VERIFICATION

STATE OF KANSAS        )
                             ) SS:

COUNTY OF GREENWOOD   )

      Bobby Brown, personally and for Brown Ranch LLC, of lawful age, being first duly sworn, upon his oath, states:  That he is one of the plaintiffs above named; that he has read the Petition; that he knows the content thereof, and that all the statements made therein are true and correct to his best belief.

_Bobby Brown_
Bobby Brown

      SUBSCRIBED AND SWORN to before me this __18__ day of __July__, 2019.

My appointment expires:

__M 17, 2022__

_____
Notary Public

NOTARY PUBLIC - State of Kansas
KAREN K. McILVAIN
My Appt. Expires  5-17-19

5

ELECTRONICALLY FILED
2019 Jul 22 AM 9:09
CLERK OF THE GREENWOOD COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000020

Brown Ranch LLC, et al. et. al.

vs.          ,          '

Monsanto Company, et al. et. al.

**SUMMONS**

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

> **Bayer Cropscience Holding, INc**
> **2900 SW Wanamaker Dr suite 204**
> **Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Karen Kubovec McIlvain
> Po Box 703
> Madison, KS 66860

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed  on 07/22/2019 09:26:39 AM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons

Brown Ranch LLC, et al. et. al.

vs.

Monsanto Company, et al. et. al.

**SUMMONS**

# Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Channel Bio LLC**
**2900 SW Wanamaker Dr suite 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Karen Kubovec McIlvain
Po Box 703
Madison, KS 66860

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed on 07/22/2019 09:26:39 AM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons

Brown Ranch LLC, et al. et. al.

vs.

Monsanto Company, et al. et. al.

**SUMMONS**

# Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Monsanto Company**
**2900 SW Wanamaker Dr suite 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Karen Kubovec McIlvain
Po Box 703
Madison, KS 66860

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed on 07/22/2019 09:26:39 AM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons

Brown v. Monsanto Co.  GW Co. 19 CV 20

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons in the following manner:

(1) **PERSONAL SERVICE.** By delivering a copy of such summons and petition to each of the following defendants on the dates indicated:

_____

(2) **RESIDENTIAL SERVICE.** By leaving a copy of such summons and petition at the usual place of residence of each of the following defendants with some person of suitable age and discretion residing therein on the dates indicated:

_____

(3) **AGENT SERVICE.** By delivering a copy of such summons and petition to each of the following agents authorized by appointment or by law to receive service of process on the dates indicated:

_____Tom Berberick_____
9:15AM

(4) **RESIDENCE SERVICE AND MAILING.** By leaving a copy of such summons and petition at the usual place of residence of each of the following defendants and mailing by first-class mail on the dates indicated a notice that such copy has been so

_____

(5) **SERVICE BY RETURN RECEIPT DELIVERY.** By causing to be delivered the _____ day of _____, _____, a copy of the summons and petition by return receipt delivery to each of the following defendants at the following address:

_____

with such delivery made by the following person or entity:

_____

Attached hereto is a copy of the return receipt evidencing such delivery.

(6) **RETURN RECEIPT DELIVERY REFUSED.** By mailing on the _____ d _____, a copy of the summons and petition by first-class mail postage prepaid, addressed to the following at the following address:

_____

(7) **NO SERVICE.** The following defendants were not served:

_____

Pursuant to K.S.A. 53-601, as amended, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _____8/12_____, _2019_.

_____—1087
Signature & Title of Officer or Process Server

Brown Ranch LLC, et al. et. al.

vs.

Monsanto Company, et al. et. al.

**SUMMONS**

# Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Channel Bio LLC**
**2900 SW Wanamaker Dr suite 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Karen Kubovec McIlvain
Po Box 703
Madison, KS 66860

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed on 07/22/2019 09:26:39 AM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons

Brown v. Monsanto Co.  GW Co. 19 CV 20

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons and petition in the following manner:

(1) **PERSONAL SERVICE.** By delivering a copy of such summons and petition to each of the following defendants on the dates indicated:

(2) **RESIDENTIAL SERVICE.** By leaving a copy of such summons and petition at the usual place of residence of each of the following defendants with some person of suitable age and discretion residing therein on the dates indicated:

(3) **AGENT SERVICE.** By delivering a copy of such summons and petition to each of the following agents authorized by appointment or by law to receive service of process on the dates indicated:

Troy Berberick
9:15am

(4) **RESIDENCE SERVICE AND MAILING.** By leaving a copy of such summons and petition at the usual place of residence of each of the following defendants and mailing by first-class mail on the dates indicated a notice that such copy has been so l

(5) **SERVICE BY RETURN RECEIPT DELIVERY.** By causing to be delivered day of _____, _____, a copy of the summon the _____ and petition by return receipt delivery to each of the following defendants at the following address:

with such delivery made by the following person or entity:

Attached hereto is a copy of the return receipt evidencing such delivery.

(6) **RETURN RECEIPT DELIVERY REFUSED.** By mailing on the _____ day _____, a copy of the summons and petition by first-class mail, postage prepaid, addressed to the following at the following address:

(7) **NO SERVICE.** The following defendants were not served:

Pursuant to K.S.A. 53-601, as amended, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _____ 8/12 _____, 2019 _____.

Signature & Title of Officer or Process Server

ELECTRONICALLY FILED
2019 Jul 22 AM 9:09
CLERK OF THE GREENWOOD COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000020

Brown Ranch LLC, et al. et. al.

vs.

Monsanto Company, et al. et. al.

**SUMMONS**

# Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Monsanto Company**
**2900 SW Wanamaker Dr suite 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Karen Kubovec McIlvain
Po Box 703
Madison, KS 66860

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed on 07/22/2019 09:26:39 AM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons

Brown v. Monsanto Co.   GW Co. 19 CV 20

*Corporation Service Holding Inc*
*2400 SW Wanamaker Dr. #204*
*Topeka 66614*

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons in the following manner:

(1) **PERSONAL SERVICE.** By delivering a copy of such summons and petition to each of the following defendants on the dates indicated:

_____

(2) **RESIDENTIAL SERVICE.** By leaving a copy of such summons and petition at the usual place of residence of each of the following defendants with some person of suitable age and discretion residing therein on the dates indicated:

_____

(3) **AGENT SERVICE.** By delivering a copy of such summons and petition to each of the following agents authorized by appointment or by law to receive service of proce the dates indicated:   Troy Berberick
_____9:15AM_____

(4) **RESIDENCE SERVICE AND MAILING.** By leaving a copy of such summo and petition at the usual place of residence of each of the following defendants and mailing by first-class mail on the dates indicated a notice that such copy has been so

_____

(5) **SERVICE BY RETURN RECEIPT DELIVERY.** By causing to be delivered the _____ day of _____, _____ , a copy of the summo. and petition by return receipt delivery to each of the following defendants at the following address:

_____

with such delivery made by the following person or entity:

_____

Attached hereto is a copy of the return receipt evidencing such delivery.

(6) **RETURN RECEIPT DELIVERY REFUSED.** By mailing on the _____ day _____, a copy of the summons and petition by first-class mail, postage prepaid, addressed to the following at the following address:

_____

(7) **NO SERVICE.** The following defendants were not served:

_____

Pursuant to K.S.A. 53-601, as amended, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _____8/12_____ , ___2019___ .

_____ 1087
~~Signature~~ & ~~Title~~ of Officer or Process Server

CORPORATION SERVICE COMPANY
BAYER CROPSCIENCE HOLDING, INC
2900 SW WANAMAKER DR STE 204
TOPEKA, KS 66614-4188
503867090Q
07/26/19
GW19CV00002Q

SP

2019 AUG 16 AM 14:38
FILED
DISTRICT COURT
09/28/19

ELECTRONICALLY FILED
2019 Jul 22 AM 9:09
CLERK OF THE GREENWOOD COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000020

Brown Ranch LLC, et al. et. al.

vs.          ,          ,

Monsanto Company, et al. et. al.

**SUMMONS**

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Bayer Cropscience Holding, INc**
**2900 SW Wanamaker Dr suite 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your
answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Karen Kubovec McIlvain
Po Box 703
Madison, KS 66860

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed  on 07/22/2019 09:26:39 AM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons